IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DEBORAH PUGH | § | |
| | § | CIVIL NO. 4:09-CV-038-Y |
| VS. | § | |
| | § | |
| NCO FINANCIAL SYSTEMS, INC. | § | |

## FINAL JUDGMENT

Pursuant to plaintiff, Deborah Pugh's Notice of Offer of Judgment [doc. #4], the order entered this same day to enter judgment pursuant to Federal Rule of Civil Procedure 68, and in accordance with Federal Rule of Civil Procedure 58, judgment in the amount of $1,250 is entered in favor of Pugh.  This amount includes $1,000 in statutory fees under the Fair Debt Collection Practices Act, the Texas Debt Collection Practices Act, and the Texas Business and Commerce Code, as well as $250 in actual damages.  Cost and attorneys' fees are awarded to Pugh in accordance with defendant NCO Financial System, Inc.'s offer of judgment.

SIGNED February 12, 2009.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE