# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| DEBORAH PUGH, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 4:09-cv-38-Y |
| vs. | § | |
| | § | |
| NCO FINANCIAL | § | |
| SYSTEMS, INC., | § | |
| Defendant | § | |

## NOTICE OF SATISFACTION OF JUDGEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that judgment in this matter has been satisfied.

    Respectfully submitted,

    By: /s/Susan Landgraf
    Susan Landgraf
    SD Bar # 15824
    Texas State Bar # 00784702
    Attorney in Charge for Plaintiff

WEISBERG & MEYERS, L.L.C.
4510 Bull Creek Road
Austin, TX 78731
Phone: (512) 436-0036 ext. 116
Facsimile: (866) 317-2674

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2009, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Fort Worth Division, using the electronic case filing system of the court.

/s/  Susan A. Landgraf
SUSAN A. LANDGRAF